**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7003**

_____

MARLON GOODWIN,

                    Plaintiff – Appellant,

          v.

BILLY BARNES, Head Sheriff for Guilford County; KIM CARTER,
Jailer; SERGEANT WOOD, Jailer,

                    Defendants – Appellees,

          and

BRIAN BEASLEY, Assistant District Attorney; ROBIN WORTH,
N.C. DOC; CAPTAIN REID; BOOKING OFFICER JOHN DOE; DEE
EVERETTE, Nurse,

                    Defendants.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  N. Carlton Tilley,
Jr., Senior District Judge.  (1:09-cv-00151-NCT-LPA)

_____

Submitted:  November 18, 2014      Decided:  November 20, 2014

_____

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marlon Goodwin, Appellant Pro Se. William L. Hill, James Demarest Secor, III, FRAZIER HILL & FURY, RLLP, Greensboro, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marlon Goodwin appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Goodwin v. Barnes, No. 1:09-cv-00151-NCT-LPA (M.D.N.C. Mar. 11, 2013). We grant Goodwin's motion to be heard on the full record before the district court and deny his motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED